# Exhibit A

(Summons)

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**Instructions are on page 2.**

| For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. |
|---|

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **123 Hoyt Street Stamford, CT 06902** | ( 20 ) 96 – 5308 | ~~February 4, 2025~~ 3-4-25 |

| ☒ Judicial District | G.A. | At *(City/Town)* | Case type code *(See list on page 2)* |
|---|---|---|---|
| ☐ Housing Session | ☐ Number: | **Stamford, CT** | Major: **p90**  Minor: |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **Brandon Vernon 31 Hawthorne Drive norwalk,ct 06851** | |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 20 ) 9921 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. ☒ Yes ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* **brandonvernon39@gmail.com** |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: **Brandon Vernon**  Address: **31 Hawthorne Drive Norwalk, CT 06851** | P-01 |
| **Additional plaintiff** | Name: **La-Asia Manuel**  Address: **23 Hanover Street Bridgeport, CT 06604** | P-02 |
| **First defendant** | Name: **American Express**  Address: 200 Vesey Street New York, NY 10285 | D-01 |
| **Additional defendant** | Name:  Address: | D-02 |
| **Additional defendant** | Name:  Address: | D-03 |
| **Additional defendant** | Name:  Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.

2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.

3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.

4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.

5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☐ Commissioner of Superior Court ☒ Assistant Clerk | Name of person signing Scott Hy |
|---|---|---|---|

If this summons is signed by a Clerk:

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.

b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.

c. The court staff is not permitted to give any legal advice in connection with any lawsuit.

d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

*For Court Use Only*
File Date   FEB 1 3

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date 1/2/25 | Docket Number |
|---|---|---|---|

Print Form    Page 1 of 2    Reset Form    FstCV 25503181l

# Exhibit A

(Complaint)

**SUPERIOR COURT OF THE STATE OF CONNECTICUT**

**JUDICIAL DISTRICT OF STAMFORD/NORWALK**

**LA-ASIA MANUEL and Brandon Vernon,**
**Plaintiffs,**
**v.**
**American Express Company,**
**Defendant.**

**DATED: December 30, 2023**
**RETURN DATE: February 4, 2024**

**COMPLAINT**

COME NOW the Plaintiffs, LA-ASIA MANUEL and Brandon Vernon, and allege as follows:

**PARTIES**

1.  Plaintiff LA-ASIA MANUEL is an individual residing at 23 Hanover Street, Bridgeport, CT 06604.

2.  Plaintiff Brandon Vernon is an individual residing at 23 Hanover Street, Bridgeport, CT 06604.

3.  Defendant American Express Company is a corporation with its principal office located at 200 Vesey Street, New York, NY 10285.

**JURISDICTION AND VENUE**

4.  This Court has jurisdiction over this matter pursuant to Conn. Gen. Stat. § 51-164s as the Defendant conducts business within the State of Connecticut and the acts complained of occurred in Connecticut.

5.  Venue is proper in this Court pursuant to Conn. Gen. Stat. § 51-345 as the Defendant's actions have caused harm to Plaintiffs within this judicial district.

**FACTUAL BACKGROUND**

6. In or around 2022 or 2023, an American Express Platinum Card and Business Credit Card were fraudulently opened in the name of Plaintiff LA-ASIA MANUEL without her knowledge or consent.

7. Plaintiff Brandon Vernon was added as an authorized signer on the fraudulent account, despite never having been authorized by Plaintiff Manuel or involved with any of her accounts.

8. The fraudulent cards were used, and payments were not made, resulting in significant financial consequences for Plaintiff Manuel.

9. Upon discovery of the fraudulent accounts, Plaintiff Manuel promptly contacted American Express to report the fraud and requested corrective action. Despite these efforts, Defendant has failed to honor her claims or investigate the matter thoroughly.

10. Defendant American Express continues to allege that Plaintiff Manuel benefited from the fraudulent accounts, despite providing no evidence of her usage, including photo identification, wet signatures, affidavits, payment records, or bank account information linking her to the fraudulent activity. Defendant has also failed to produce any documentation proving Brandon Vernon was legitimately attached to the account as an authorized signer.

11. Plaintiff Manuel only banks with one financial institution and has confirmed that no payments to American Express were ever made from her accounts.

12. Defendant American Express has sent correspondence linking Plaintiff Manuel to multiple addresses, including 31 Hawthorne Drive, Norwalk, CT 06851, which do not match her identification or current address. Additionally, Defendant failed to have her correct phone number or email address on file, only updating this information in December 2024 after she filed a complaint with the Consumer Financial Protection Bureau (CFPB).

13. The actions of Defendant American Express constitute a violation of Plaintiff Manuel's rights and have caused her significant financial hardship, emotional distress, and harm to her credit score.

14. As a result of the fraudulent accounts and Defendant's inaction, Plaintiff Manuel faces the possibility of filing for Chapter 7 bankruptcy, further exacerbating her financial hardship.

## LEGAL ARGUMENTS AND SUPPORTING CASE LAW

### Fair Credit Reporting Act (FCRA)

15. Defendant violated the Fair Credit Reporting Act (15 U.S.C. § 1681 et seq.) by failing to conduct a reasonable investigation into Plaintiff Manuel's fraud claims and continuing to report inaccurate information to credit reporting agencies. See **Chiang v. Verizon New England Inc.**, 595 F.3d 26 (1st Cir. 2010) (duty to investigate disputes under the FCRA).

16. Under the FCRA, furnishers of information must promptly and accurately investigate disputes. Defendant's failure to act constitutes willful non-compliance, as defined in **Safeco Insurance Co. v. Burr**, 551 U.S. 47 (2007).

### Negligence and Duty of Care

17. Defendant owed a duty of care to Plaintiffs to ensure the accuracy of their accounts and to protect against fraudulent activities. See **Doe v. Yale University**, 252 Conn. 641 (2000) (establishing negligence principles).

18. Defendant breached this duty by failing to investigate the fraud claims adequately, thereby causing Plaintiffs financial and emotional harm.

### Defamation and Damage to Reputation

19. Defendant published false and damaging information about Plaintiffs to credit reporting agencies, knowing or having reason to know that the information was false. See **D'Angelo v. Foxwoods Resort Casino**, 93 Conn. App. 230 (2006) (liability for false publication causing reputational harm).

20. These publications led to significant harm, including denial of credit applications, loss of financial opportunities, and reputational damage within their communities and industries.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

1. Award compensatory damages in an amount to be determined at trial;
2. Award punitive damages for Defendant's willful and malicious conduct;
3. Order Defendant to correct Plaintiffs' credit reports and remove fraudulent accounts;

4. Grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

X _____

La-Asia Manuel, Plaintiff (Pro Se)
23 Hanover Street
Bridgeport, CT 06604
203-945-9921

X _____

Brandon Vernon, Plaintiff (Pro Se)
23 Hanover Street
Bridgeport, CT 06604
203-945-9921
brandonvernon39@gmail.com

**SUPERIOR COURT OF THE STATE OF CONNECTICUT**

**JUDICIAL DISTRICT OF STAMFORD/NORWALK**

**LA-ASIA MANUEL and Brandon Vernon,**
**Plaintiffs,**
**v.**
**American Express Company,**
**Defendant.**

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest and or property in demand is greater than **FIFTEEN THOUSAND ($15,000.00) DOLLARS**, exclusive of interest or costs.

Respectfully submitted,

X_____
La-Asia Manuel, Plaintiff (Pro Se)
23 Hanover Street
Bridgeport, CT 06604
203-945-9921

X_____
Brandon Vernon, Plaintiff (Pro Se)
23 Hanover Street
Bridgeport, CT 06604
203-945-9921
brandonvernon39@gmail.com

**CERTIFICATION**

I hereby certify that a copy of the foregoing Complaint has been sent via certified mail or electronic mail to all named Defendants at their respective addresses on this December 30, 2024.

American Express
200 Vesey Street
New York, NY 10285

X _____
La-Asia Manuel, Plaintiff (Pro Se)
23 Hanover Street
Bridgeport, CT 06604
203-945-9921

X _____
Brandon Vernon, Plaintiff (Pro Se)
23 Hanover Street
Bridgeport, CT 06604
203-945-9921
brandonvernon39@gmail.com

# Exhibit A

(Motion for Judgment)

**SUPERIOR COURT OF CONNECTICUT**
**JUDICIAL DISTRICT OF STAMFORD**

SUPERIOR COURT
STAMFORD-NORWALK
JUDICIAL DISTRICT

2025 APR -2  P 4: 43

**Brandon Vernon and La-Asia Manuel**
**Plaintiffs, Pro Se**

**v.**

**American Express**
**Defendant**

**Case: FST-CV 25-5031811-S**

**April 2, 2025**

**MOTION FOR JUDGMENT AND REQUEST FOR HEARING IN DAMAGES**

1. Plaintiffs, Brandon Vernon and La-Asia Manuel, respectfully move this Court to enter judgment against Defendant, American Express, pursuant to the default for failure to appear granted on April 1, 2025.

2. Plaintiffs further request that the Court schedule a hearing in damages, as the amount of damages sought is not liquidated and requires the presentation of testimony and evidence.

3. Plaintiffs allege that the conduct of Defendant caused financial loss, emotional distress, credit damage, and other compensable harm for which a judicial determination of damages is necessary.

WHEREFORE, Plaintiffs respectfully request that this Court:

A. Enter judgment in favor of the Plaintiffs against the Defendant;
B. Schedule a hearing in damages; and
C. Grant such other relief as the Court deems just and proper.

107.00

Respectfully submitted,

X  _P. Vernon_____

Brandon Vernon, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921
brandonvernon39@gmail.com


X  _M.nugent_____

La-Asia Manuel, Plaintiff (Pro Se)
32 Hanover Street
Bridgeport, CT 06604

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Judgment and Request for Hearing in Damages was sent on April 2, 2025, via first class mail, postage prepaid, to the following:

American Express
200 Vesey Street
New York, NY 10285

Respectfully submitted,

X _____*P. Vernon*_____

Brandon Vernon, Plaintiff (Pro Se)
31 Hawthorne Drive
Norwalk, CT 06851
203-945-9921
brandonvernon39@gmail.com

X _____*M. nugent*_____

La-Asia Manuel, Plaintiff (Pro Se)
32 Hanover Street
Bridgeport, CT 06604

# Exhibit A

(Defendant's Appearance)

**APPEARANCE**
JD-CL-12  Rev. 2-25
P.B. §§ 3-1 through 3-12, 10-13, 25-6A, 25a-2, 25a-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

☐ *I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.*

| Return date *(For Civil/Family cases)* |
|---|
| **Mar-04-2025** |
| Docket Number |
| **FST-CV-25-5031811-S** |

**Name of case** *(Full name of first Plaintiff v. Full name of first Defendant)  Note: In Criminal/Motor Vehicles cases, the Plaintiff is The State of Connecticut*

**VERNON,BRANDON Et Al v. AMERICAN EXPRESS**

| ☐ Housing Session | ☒ Judicial District | ☐ Geographic Area | Address of court *(Number, street, town and zip code)* **123 HOYT STREET STAMFORD, CT 06905** | Scheduled court date *(Criminal/Motor Vehicle cases only)* |
|---|---|---|---|---|

## Enter the Appearance of

| **Name** *(Your name or name of official, firm, professional corporation, or individual attorney)* | Juris number *(For attorney/law firm)* |
|---|---|
| **CARMODY TORRANCE SANDAK & HENNESSEY LLP** | **008512** |

| Mailing address **PO BOX 1110** | Post Office box number | Telephone number *(Area code first)* **203-573-1200** |
|---|---|---|

| City/town **WATERBURY** | State **CT** | Zip code **06721** | Fax number **203-575-2600** | E-mail address **jbeck@carmodylaw.com** |
|---|---|---|---|---|

in the case named above for: *(Select one of the following parties)*

**PLAINTIFF**
☐ The Plaintiff.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____

**DEFENDANT**
☒ The Defendant.
☐ All Defendants.
☐ The following Defendant(s) only: _____

☐ **Other** *(Specify):* _____

☐ This is a **Family Matters** case (such as divorce, custody, or child support). My appearance is for: *(Select one or both)*
☐ matters in the Family Division of the Superior Court    ☐ Title IV-D Child Support matters

☐ This is a **Criminal/Motor Vehicle** case, and I am filing this appearance as ☐ a Public Defender <u>or</u> ☐ Assigned Counsel
☐ This appearance is for the purpose of a bail hearing only.                                        *(Special Public Defender)*
☐ This appearance is for the purpose of alternative arraignment proceedings only.

If an appearance by other counsel or self-represented party is on file for this party/parties, select one option below:

1. ☐ This appearance is in place of the appearance of: _____
   *Name and Juris Number (if applicable) to be replaced*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree that documents can be delivered (served) to me electronically in this case.**  ☒ Yes    ☐ No

*Any attorney who is <u>not</u> exempt from e-filing is required to accept electronic delivery. (Practice Book Section 10-13)*

| Signed *(Individual attorney or self-represented party)* **444742** | Name of person signing at left *(Print or type)* **JEFFREY MATTHEW BECK** | Date signed **May 16 2025** |
|---|---|---|

## Certification

I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on *(date)* ___May 16 2025___ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties of record who received or will immediately be receiving electronic delivery.

*FOR COURT USE ONLY*

Name and address of each party and attorney that copy was or will be mailed or delivered to*

**BRANDON VERNON (Self Represented) - 31 HAWTHORNE DRIVE NORWALK, CT 06851**
**MANUEL LA-ASIA (Self Represented) - 23 HANOVER STREET BRIDGEPORT, CT 06604**

*If necessary, attach additional sheet or sheets with name and address which the copy was or will be mailed or delivered to.

| Signed *(Signature of filer)* **444742** | Print or type name of person signing **JEFFREY MATTHEW BECK** | Date signed **May 16 2025** |
|---|---|---|




# State of Connecticut Judicial Branch
# Superior Court E-Filing

---

**Attorney/Firm: CARMODY TORRANCE SANDAK & HENNESSEY LLP (008512)**     **E-Mail: CLEE@CARMODYLAW.COM**   **Logout**

**FST-CV25-5031811-S**     **VERNON,BRANDON Et Al v. AMERICAN EXPRESS**

**Prefix:** FS1      **Case Type:** C90      **File Date:** 02/03/2025      **Return Date:** 03/04/2025

**Hide Instructions**          **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

Print

## Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** FST-CV-25-5031811-S

**Case Name:** VERNON,BRANDON v. AMERICAN EXPRESS

**Type of Transaction:** Appearance

**Date Filed:** May 16 2025

**Appearance by:** 008512 CARMODY TORRANCE SANDAK & HENNESSEY LLP

**Appearance for this Party(ies)**

| Party # | Party Name |
|---|---|
| D-01 | AMERICAN EXPRESS |

**Document Filed:** JD-CL-12 Appearance

**Date and Time of Transaction:** May 16 2025 4:27:03 PM

Return to Civil / Family Menu

Copyright © 2025, State of Connecticut Judicial Branch

# Exhibit A

(Order Denying Motion for Judgment)

ORDER   436948

DOCKET NO: FSTCV255031811S

VERNON,BRANDON Et Al
  V.
AMERICAN EXPRESS

SUPERIOR COURT

JUDICIAL DISTRICT OF STAMFORD
  AT STAMFORD

5/19/2025

<u>ORDER</u>

ORDER REGARDING:
04/02/2025 107.00 MOTION FOR JUDGMENT

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

Appearance has been filled.

Judicial Notice (JDNO) was sent regarding this order.

436948
_____

Judge: EDWARD T KRUMEICH
Processed by: Carlos Cajas

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

# Exhibit A

(Motion to Strike Defendant's Appearance)

DOCKET NO.: FST-CV 25-5031811-S

SUPERIOR COURT
JUDICIAL DISTRICT OF STAMFORD
AT STAMFORD

BRANDON VERNON, ET AL.,

  Plaintiffs,

v.

AMERICAN EXPRESS,

  Defendant.

**MOTION TO STRIKE APPEARANCE OF DEFENDANT'S COUNSEL**

**AND OPPOSITION TO ANY POTENTIAL MOTION TO SET ASIDE DEFAULT**

NOW COMES the Plaintiff, Brandon Vernon, and respectfully moves this Honorable Court, pursuant to Practice Book §§ 3-8, 10-39, and 17-42, to **strike the untimely appearance** of Carmody Torrance Sandak & Hennessey LLP, entered on May 16, 2025, on behalf of Defendant American Express, **which remains in default**. Furthermore, Plaintiff **preemptively opposes any attempt to set aside the lawfully entered default** on the following grounds:

**I. PROCEDURAL BACKGROUND**

1. Plaintiff filed the complaint on **February 3, 2025**, with a return date of **March 4, 2025**.

2. Defendant failed to file any appearance or responsive pleading by the return date, or during the following 30-day statutory grace period.

3. Plaintiff filed multiple motions for default due to failure to appear, including entries on **March 6**, **March 13**, and **March 25, 2025**, under **Practice Book §§ 17-20 and 17-23**.

4. On **April 1, 2025**, the Clerk entered **default against Defendant** pursuant to Practice Book § 17-20(a), which remains in effect.

5. On **May 16, 2025**, over **six weeks after default**, Defendant filed an appearance through counsel—**one business day prior to a scheduled hearing**—without moving to open or

vacate the default.

## II. THE APPEARANCE MUST BE STRUCK AS A LEGAL NULLITY

Connecticut law is unambiguous: **no appearance may be filed after default** has been entered unless and until the default is properly opened. See:

- **Practice Book § 3-8(b)**: "No appearance may be entered... unless the default has been set aside."

- **Connecticut National Bank v. Gallo**, 222 Conn. 699, 704 (1992): A defaulted party "must first move to open the default" before participating in the case.

- **Bank of New York Mellon v. Bell**, 177 Conn. App. 527, 544 (2017): Post-default filings are "procedural nullities" without a prior successful motion to open.

The appearance entered by Defendant on **May 16, 2025** is procedurally defective and must be **struck**.

## III. DEFAULT SHOULD NOT BE SET ASIDE – DEFENDANT ACTED WILLFULLY, NOT MISTAKENLY

Connecticut courts hold that a motion to open default must satisfy a **good cause** standard under **Practice Book § 17-42**, and must demonstrate:

1. **A reasonable explanation for the delay**;

2. **Good faith**; and

3. **No prejudice to the opposing party**. See **Chapman Lumber, Inc. v. Tager**, 288 Conn. 69, 93 (2008); **Housing Authority v. Charter Oak Terrace Health Center**, 82 Conn. App. 18, 26 (2004).

In this case, Defendant's conduct **was not a mistake or excusable neglect**—it was a **strategic, knowing disregard** of the court's deadlines.

- **Evidence of Actual Knowledge**: The fact that Defendant's counsel appeared **one business day before** the evidentiary hearing proves **they were aware of the proceedings**

long before—but chose to wait until the eve of hearing to act.

- **Intentional Delay**: Courts have repeatedly refused to open defaults where defendants acted with "deliberate indifference" to the judicial process. See **Pantlin & Chananie Dev. Corp. v. Hartford Cement & Bldg. Supply Co., 196 Conn. 233 (1985)**.

- **Strategic Gamesmanship**: The appearance was timed not due to oversight but to **derail Plaintiff's momentum** just before hearing. See **East Haven Builders Supply, Inc. v. Fanton, 80 Conn. App. 734 (2003)** – courts disfavor parties who sit on their rights to frustrate the judicial process.

"Relief from default is not available to one who ignores court deadlines with full knowledge of the case." – **Gaudio v. Gaudio**, 23 Conn. App. 287, 299 (1990)

## IV. PLAINTIFF WILL BE PREJUDICED IF COURT REVERSES THE DEFAULT

1. Plaintiff has diligently pursued this case, filing multiple motions for default and status conference requests.

2. A reversal now would force Plaintiff to restart litigation, prepare new pleadings, and respond to anticipated motions—all delayed by Defendant's **deliberate nonparticipation**.

3. As held in **Bouchard v. State Employees Retirement Commission**, 219 Conn. App. 449, 459 (2023), the **prejudice to a pro se litigant** who has relied on default procedures is substantial and must weigh against relief.

## V. CONCLUSION

Defendant has made **no showing of mistake, excusable neglect, or due diligence**. Their appearance was a tactical move, not an act of good faith. Connecticut law does not permit parties to **flout deadlines** and then insert themselves into litigation at a time of their choosing. If this were allowed, the rules surrounding defaults would be rendered meaningless.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to:

1. **STRIKE the May 16, 2025 appearance** of Defendant's counsel;

2. **DENY any motion to open the April 1, 2025 default**, should it be filed;

3.  And to proceed toward **a hearing in damages** without further delay.


Respectfully submitted,
Dated: May 19, 2025

**/s/ Brandon Vernon**

Brandon Vernon
Self-Represented Plaintiff
31 Hawthorne Drive
Norwalk, CT 06851
brandonvernon39@gmail.com
(203) 945-9921

**CERTIFICATION**

I hereby certify that a copy of the foregoing was delivered on this 19th day of May, 2025, to the following counsel of record via electronic delivery:

**Attorney for Defendant:**
Carmody Torrance Sandak & Hennessey LLP
PO Box 1110
Waterbury, CT 06721


**/s/ Brandon Vernon**
Brandon Vernon

# Exhibit A

(Order Denying Motion to Strike Defendant's Appearance)

ORDER    436948

DOCKET NO: FSTCV255031811S                 SUPERIOR COURT

VERNON,BRANDON Et Al                       JUDICIAL DISTRICT OF STAMFORD
  V.                                          AT STAMFORD
AMERICAN EXPRESS
                                           6/2/2025

<u>ORDER</u>

ORDER REGARDING:
05/19/2025 110.00 MOTION TO STRIKE APPEARANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: DENIED

436948
_____

Judge: EDWARD T KRUMEICH
Processed by: Amina Seyal

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.